# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Criminal No. 5:05-CR-26-01-02

Violations: 21 USC 843(b)
21 USC 841(a)(1)
21 USC 841(b)(1)(C)
21 USC 841(b)(1)(D)
21 USC 846
21 USC 853
21 USC 856(a)(2)
21 USC 860

PATRICK A. MCKENZIE,
JEFFREY A. MATTHAEI,

Defendants.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Possess with Intent to Distribute and Distribute Marijuana and Manufacture in Excess of 50 Marijuana Plants)

From in or about the Summer of 2004, to on or about February 11, 2005, at or near Moundsville, Marshall County, and Westover, Monongalia County, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **PATRICK A. MCKENZIE** and **JEFFREY A. MATTHAEI** did knowingly and willfully combine, conspire, confederate and agree and have a tacit understanding with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy knowingly, and intentionally to possess with intent to distribute and to distribute marijuana and to manufacture in

excess of 50 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT THREE

(Distribution of Marijuana)

On or about December 28, 2004, at or near Westover, Monongalia County, West Virginia, within the Northern Judicial District of West Virginia, defendant **PATRICK A. MCKENZIE** did unlawfully, knowingly, intentionally and without authority distribute 23.63 grams of marijuana, a Schedule I controlled substance, to a person known to the Grand Jury, in exchange for $370.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT FOUR

(Possess with Intent to Distribute Psilocyn)

On or about December 29, 2004, at or near Westover, Monongalia County, West Virginia, within the Northern Judicial District of West Virginia, defendant PATRICK A. MCKENZIE did unlawfully, knowingly, intentionally and without authority possess with intent to distribute approximately 1367.8 grams of psilocyn, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Cultivation of in Excess of 50 Marijuana Plants Within 1,000 Feet of a School)

From in or about at least July of 2004 to February 11, 2005, at or near 1205 7th Street, Moundsville, Marshall County, West Virginia, within the Northern Judicial District of West Virginia, defendant JEFFREY A. MATTHAEI did unlawfully, knowingly, intentionally and without authority manufacture, within 1,000 feet of the real property comprising a private elementary school, to wit: St. Francis Xavier School, in excess of 50 marijuana plants, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860.

## COUNT SEVEN

(Establishment of Manufacturing Operations)

From in or about at least July of 2004, to on or about February 11, 2005, within the Northern Judicial District of West Virginia, defendant **JEFFREY A. MATTHAEI**, a lessee and agent of a building, room and enclosure, to wit: 1205 7th Street, Moundsville, Marshall County, West Virginia, did knowingly and unlawfully manage, control and otherwise make available, with or without compensation, said building, room and enclosure for the purpose of unlawfully manufacturing controlled substances, namely marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 856(a)(2).

h. Two (2) window air-conditioners seized from the residence of JEFFREY A. MATTHAEI on February 11, 2005, in Moundsville, West Virginia;

i. Boxes of high-pressure sodium grow lights, bulbs and ballasts seized from the residence of JEFFREY A. MATTHAEI on February 11, 2005, in Moundsville, West Virginia;

j. Carbon dioxide generator seized from the residence of JEFFREY A. MATTHAEI on February 11, 2005, in Moundsville, West Virginia.

3) If through any act or omission by the defendants, PATRICK A. MCKENZIE and JEFFREY A. MATTHAEI the property described in paragraph 2 herein --

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States will seek forfeiture of any other property of said defendants up to the value of the property forfeitable in paragraph 2, pursuant to Title 21, United States Code, Section 853(b).

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
THOMAS E. JOHNSTON
United States Attorney