FILED US DISTRICT COURT AT WHEELING, WV
JUN - 7 2005
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Criminal No. 5:05-CR-26-01-02

Violations:  21 USC 843(b)
21 USC 841(a)(1)
21 USC 841(b)(1)(C)
21 USC 841(b)(1)(D)
21 USC 846
21 USC 853
21 USC 856(a)(2)
21 USC 860

PATRICK A. MCKENZIE,
JEFFREY A. MATTHAEI,
    Defendants.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Possess with Intent to Distribute and Distribute Marijuana
and Manufacture in Excess of 50 Marijuana Plants)

From in or about the Summer of 2004, to on or about February 11, 2005, at or near Moundsville, Marshall County, and Westover, Monongalia County, West Virginia, within the Northern Judicial District of West Virginia, and elsewhere, defendants **PATRICK A. MCKENZIE** and **JEFFREY A. MATTHAEI** did knowingly and willfully combine, conspire, confederate and agree and have a tacit understanding with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy knowingly, and intentionally to possess with intent to distribute and to distribute marijuana and to manufacture in

excess of 50 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Use of a Telephone to Facilitate the Distribution of Marijuana)

On or about December 28, 2004, at or near Westover, Monongalia County, West Virginia, within the Northern District of West Virginia, defendants **PATRICK A. MCKENZIE** did unlawfully, knowingly and intentionally use a communication facility, that is the public telephone system in committing, causing and facilitating the commission of felonies under Title 21, United States Code, Sections 841(a)(1) and 846, that is the distribution of marijuana, and the conspiracy to distribute marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 843(b).

## COUNT THREE

(Distribution of Marijuana)

On or about December 28, 2004, at or near Westover, Monongalia County, West Virginia, within the Northern Judicial District of West Virginia, defendant **PATRICK A. MCKENZIE** did unlawfully, knowingly, intentionally and without authority distribute 23.63 grams of marijuana, a Schedule I controlled substance, to a person known to the Grand Jury, in exchange for $370.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT FOUR

(Possess with Intent to Distribute Psilocyn)

On or about December 29, 2004, at or near Westover, Monongalia County, West Virginia, within the Northern Judicial District of West Virginia, defendant **PATRICK A. MCKENZIE** did unlawfully, knowingly, intentionally and without authority possess with intent to distribute approximately 1367.8 grams of psilocyn, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Cultivation of in Excess of 50 Marijuana Plants Within 1,000 Feet of a School)

From in or about at least July of 2004 to February 11, 2005, at or near 1205 7th Street, Moundsville, Marshall County, West Virginia, within the Northern Judicial District of West Virginia, defendant **JEFFREY A. MATTHAEI** did unlawfully, knowingly, intentionally and without authority manufacture, within 1,000 feet of the real property comprising a private elementary school, to wit: St. Francis Xavier School, in excess of 50 marijuana plants, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860.

## COUNT SIX

(Possess with Intent to Distribute Marijuana Within 1,000 Feet of a School)

On or about February 11, 2005, at or near 1205 7th Street, Moundsville, Marshall County, West Virginia, within the Northern Judicial District of West Virginia, defendant **JEFFREY A. MATTHAEI** did unlawfully, knowingly, intentionally and without authority possess with intent to distribute, within 1,000 feet of the real property comprising a private elementary school, to wit: St. Francis Xavier School, approximately 492 grams of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D) and 860.

## COUNT SEVEN

(Establishment of Manufacturing Operations)

From in or about at least July of 2004, to on or about February 11, 2005, within the Northern Judicial District of West Virginia, defendant **JEFFREY A. MATTHAEI**, a lessee and agent of a building, room and enclosure, to wit: 1205 7th Street, Moundsville, Marshall County, West Virginia, did knowingly and unlawfully manage, control and otherwise make available, with or without compensation, said building, room and enclosure for the purpose of unlawfully manufacturing controlled substances, namely marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 856(a)(2).

## FORFEITURE ALLEGATION

1) The Grand Jury realleges and incorporates by reference the allegations contained in Counts 1 through 7 of the indictment for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2) As a result of the violations of Title 21, United States Code, Section 841 and 846, alleged in Counts 1 through 7, the defendants PATRICK A. MCKENZIE and JEFFREY A. MATTHAEI shall forfeit any and all of their interest in property constituting or derived from any proceeds said defendants obtained directly or indirectly, as a result of the said violations and any and all property used or intended to be used, in any manner or part, to commit and to facilitate the commission of the violations listed above. Said property or proceeds are forfeitable to the United States pursuant to Title 21, United States Code, Section 853. The United States' intent to forfeit all property involved in such offenses and traceable to such property, which includes, but is not limited to the following:

a. $3,340 in currency seized from the residence of PATRICK A. MCKENZIE on December 29, 2004, in Westover, West Virginia;

b. Three (3) digital scales seized from the residence of PATRICK A. MCKENZIE on December 29, 2004, in Westover, West Virginia, to wit: (1) Pocket Tech, (2) Pointscale 150, and (3) Pelouze postal scale, Model SP5;

c. Systemax Tower, Serial No. 104993071;

d. Iomega External 120 GB hard driver, Serial No. J203794;

e. Gem Monitor, Serial No. S24F501740;

f. Logitech keyboard, Serial No. BTC23503322;

g. Sunbeam digital postal scale seized from the residence of JEFFREY A. MATTHAEI on February 11, 2005, in Moundsville, West Virginia;

    h.    Two (2) window air-conditioners seized from the residence of JEFFREY A. MATTHAEI on February 11, 2005, in Moundsville, West Virginia;

    i.    Boxes of high-pressure sodium grow lights, bulbs and ballasts seized from the residence of JEFFREY A. MATTHAEI on February 11, 2005, in Moundsville, West Virginia;

    j.    Carbon dioxide generator seized from the residence of JEFFREY A. MATTHAEI on February 11, 2005, in Moundsville, West Virginia.

    3)    If through any act or omission by the defendants, PATRICK A. MCKENZIE and JEFFREY A. MATTHAEI the property described in paragraph 2 herein - -

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

the United States will seek forfeiture of any other property of said defendants up to the value of the property forfeitable in paragraph 2, pursuant to Title 21, United States Code, Section 853(b).

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
THOMAS E. JOHNSTON
United States Attorney