```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs __PATRICK A. MCKENZIE__   CASE NO. __3:06-MJ-00113-JDR__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE         __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:       __CAROLINE EDMISTON__

UNITED STATES ATTORNEY:      __THOMAS BRADLEY__

DEFENDANT'S ATTORNEY:        __MIKE DIENI, APPOINTED__

U.S.P.O.:                    __PAULA MCCORMICK__

PROCEEDINGS: INITIAL APPEARANCE ON NORTHERN DISTRICT OF WEST
       VIRGINIA INDICTMENT Held 06/22/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:10 p.m. court convened.

_X_ Copy of Indictment given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name: __Same as above__   Age: __24__

_X_ Financial Affidavit **FILED**.  Federal Public Defender accepted appointment.  FPD notified.

_X_ Waiver of Rule 5 Hearing **FILED**.

_X_ Defendant detained; Commitment to Another District **FILED**.

At 2:23 p.m. court adjourned.

NOTE: Original and one copy of the Commitment to Another District hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE: __June 22, 2006__     DEPUTY CLERK'S INITIALS: __Ce__